IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

The Gap, Inc., *et al.*,           )
                                   )
                    Plaintiffs,    )
                                   )
        v.                         )        Civil Action No. 1:11-cv-1199 (AJT/TRJ)
                                   )
Thegap.com                         )
*An Internet Domain Name*,         )
                                   )
                    Defendant.     )
_____)

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 23] of the

Magistrate Judge recommending (1) that default judgment be entered against Defendant

Thegap.com, an internet domain name, and in favor of plaintiff Gap (Apparel), LLC; and (2) that

ownership of the defendant domain name be transferred to plaintiff Gap (Apparel), LLC. The

Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the

findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the plaintiffs' Motion for Default Judgment [Doc. No. 20] be, and the

same hereby is, GRANTED, and judgment be, and the same hereby is, entered against the

defendant; and it is further

ORDERED that the defendant domain name be, and the same hereby is, transferred to

plaintiff Gap (Apparel), LLC.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and it is

directed to send a copy of this Order to all counsel of record and to the defendant at its registered

address.

_/s/_

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 30, 2013